UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| CHARLES PHIFER, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CAUSE NO. 3:16-CV-106-PPS |
| CORIZON COMPANY, | ) ) ) | |
| Defendant. | ) | |

## OPINION AND ORDER

Charles Phifer, a pro se prisoner, filed a motion in this closed case asking me award him 360 million dollars with $5,600 in costs. He also filed a document captioned "Summary Judgment" asking for the same relief. These filings [DE 55 and 56] are meritless and they are **DENIED**.

**SO ORDERED.**

ENTERED: October 4, 2016

                                                 s/ Philip P. Simon
                                                PHILIP P. SIMON, CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT